UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
              :
MARTIN WALKER,            :
              :
           Plaintiff,          :         23-CV-2574 (JMF)
              :
     -v-                   :
              :
PROVENTION BIO, INC. et al.,     :
              :
           Defendants.      :
              :
-------------------------------------------------------------------X
              :
RYAN O'DELL,             :
              :
           Plaintiff,          :         23-CV-2582 (JMF)
              :
     -v-                   :
              :
PROVENTION BIO, INC. et al.,     :
              :
           Defendants.      :
              :
-------------------------------------------------------------------X
              :
ELAINE WANG,           :
              :
           Plaintiff,          :         23-CV-2599 (JMF)
              :
     -v-                   :
              :
PROVENTION BIO, INC. et al.,     :
              :
           Defendants.      :
              :
-------------------------------------------------------------------X

```
------------------------------------------------------------------------X
                                                                        :
CATHERINE COFFMAN,                                                      :
                                                                        :
                                        Plaintiff,                      :   23-CV-2628 (JMF)
                                                                        :
        -v-                                                             :
                                                                        :
PROVENTION BIO, INC. et al.,                                            :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
ABDULLAH ZAIN,                                                          :
                                                                        :
                                        Plaintiff,                      :   23-CV-2638 (JMF)
                                                                        :
        -v-                                                             :
                                                                        :
PROVENTION BIO, INC. et al.,                                            :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
SHANNON JENKINS,                                                        :
                                                                        :
                                        Plaintiff,                      :   23-CV-2731 (JMF)
                                                                        :
        -v-                                                             :   ORDER
                                                                        :
PROVENTION BIO, INC. et al.,                                            :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court has deemed all of the above-captioned cases as related. As the cases appear to involve common questions of law and fact, the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to

2

such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **April 27, 2023**.  If no party files a letter opposing consolidation, the Court will consolidate the six cases without further notice to the parties.

Plaintiff Martin Walker is directed to serve a copy of this Order on each of the Defendants **within two business days** and to file proof of such service on the docket **within three business days**.

SO ORDERED.

Dated: April 20, 2023
      New York, New York

_____
            JESSE M. FURMAN
         United States District Judge