UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

MARTIN WALKER,                         :

                     Plaintiff,        :

                              :

             -v-                  :       23-CV-2574 (JMF)

                              :

PROVENTION BIO, INC. et al.,       :

                              :

                 Defendants.    :

                              :
-----------------------------------------------------------------------X
                              :

RYAN O'DELL,                         :

                              :

                     Plaintiff,        :

                              :

             -v-                  :       23-CV-2582 (JMF)

                              :

PROVENTION BIO, INC. et al.,       :

                              :

                 Defendants.    :

                              :
-----------------------------------------------------------------------X
                              :

ELAINE WANG,                       :

                              :

                     Plaintiff,        :

                              :       23-CV-2599 (JMF)

            -v-                  :

                              :

PROVENTION BIO, INC. et al.,       :

                              :

                 Defendants.    :

                              :
-----------------------------------------------------------------------X

```
-------------------------------------------------------------------X
                                                    :
CATHERINE COFFMAN,                                  :
                                                    :
                              Plaintiff,            :
                                                    :
                 -v-                                :          23-CV-2628 (JMF)
                                                    :
PROVENTION BIO, INC. et al.,                        :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------------------X
                                                    :
ABDULLAH ZAIN,                                      :
                                                    :
                              Plaintiff,            :
                                                    :
                 -v-                                :          23-CV-2638 (JMF)
                                                    :
PROVENTION BIO, INC. et al.,                        :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------------------X
                                                    :
SHANNON JENKINS,                                    :
                                                    :
                              Plaintiff,            :          23-CV-2731 (JMF)
                                                    :
                 -v-                                :
                                                    :               ORDER
PROVENTION BIO, INC. et al.,                        :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 20, 2023, the Court indicated its intention to consolidate the above-captioned

cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes and directed

any party that objects to file a letter-brief within one week.  *See* 23-CV-2574, ECF No. 6.[1]  No

party objected.  Accordingly, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the

Federal Rules of Civil Procedure, the above-captioned cases are consolidated under the case

number 23-CV-2574.  **Any future filings should be made only in Docket No. 23-CV-2574.**

Additionally, the initial pretrial conferences scheduled in Case No. 23-CV-2582, *see* ECF No. 3,

and Case No. 23-CV-2599, *see* ECF No. 5, are hereby CANCELED.

The Named Plaintiffs are directed to serve a copy of this Order on each of the Defendants

**within two business days** and to file proof of service on the docket **within three business days**.

The Clerk of Court is directed to consolidate the above-captioned cases under case

number 23-CV-2574 and to close all cases except 23-CV-2574.

SO ORDERED.

Dated: May 2, 2023
     New York, New York

JESSE M. FURMAN
United States District Judge

---

[1]     The Court directed Plaintiff Martin Walker to serve a copy of the Order on Defendants and to file proof of such service on the docket.  To date, no such proof of service has been filed.